ARDEN FARMS Co., Respondent, *v.* STATE OF NEW YORK, Appellant.
(Claim No. 27477.)

Argued November 18, 1946; decided January 9, 1947.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison* and *Wendell P. Brown* of counsel), for appellant.

*John D. Van Cott, George W. Jaques* and *Daniel B. Priest* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.